# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jaime D.B.,

    Petitioner,

v.

David Easterwood, et al.,

    Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-00891 (MJD/DTS)

Kevin Heinz, Heinz Law PLLC, Counsel for Petitioner.

Matthew Isihara, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz, dated February 25, 2026. [Doc. 12.] No objections have been filed to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Schultz.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge David T. Schultz, dated February 25, 2026.

**[Doc. 12.]**

1. Petitioner Jaime D.B.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to immediately release Petitioner from detention into Minnesota;

3. Respondents are ordered to return to Petitioner any documents, property, or other effects seized during his arrest;

4. Within three (3) days of this Order, Respondents are ordered to file a status report with the Court detailing their compliance with this Order; and

5. Petitioner Jaime D.B. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 2, 2026               s/Michael J. Davis
                                    Michael J. Davis
                                    United States District Court