# UNITED STATES DISTRICT COURT
## District of Minnesota

Jaime Alberto Duran Beltran

Petitioner(s),

v.

David Easterwood, Kristi Noem, Pamela Bondi, Todd Lyons

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00891-MJD-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz, dated February 25, 2026. **[Doc. 12.]**

1. Petitioner Jaime D.B.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to immediately release Petitioner from detention into Minnesota;

3. Respondents are ordered to return to Petitioner any documents, property, or other effects seized during his arrest;

4. Within three (3) days of this Order, Respondents are ordered to file a status report with the Court detailing their compliance with this Order; and

5. Petitioner Jaime D.B. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Date: 3/3/2026

KATE M. FOGARTY, CLERK