UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime D. B.,<br>        Petitioner,<br><br>v.<br><br>David Easterwood, et al.,<br>        Respondents. | ORDER DISMISSING WRIT<br>OF HABEAS CORPUS<br><br>Civil File No. 26-891 (MJD/DTS) |

Kevin Heinz, Heinz Law PLLC, Counsel for Petitioner.

Matthew Isihara, Assistant United States Attorney, Counsel for Respondents.

On March 2, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner into Minnesota and to return his personal property. [Doc. 13.] On March 6, 2026, Respondents informed the Court that Petitioner had been released from detention on March 3, 2026 and that Petitioner's counsel confirmed there were no outstanding property issues in this case. [Docs. 15, 17.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Jamie D. B.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 9, 2026          s/Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court