# UNITED STATES DISTRICT COURT
## District of Minnesota

Jaime Alberto Duran Beltran

Petitioner(s),

v.

David Easterwood, Kristi Noem, Pamela Bondi, Todd Lyons

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00891-MJD-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Jamie D. B.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice.**

Date: 3/9/2026

KATE M. FOGARTY, CLERK